# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

**JTH TAX, INC. d/b/a**
**LIBERTY TAX SERVICE, et al.,**

       Plaintiffs,

**v.**                                    Civil No. 2:16cv279

**GREGORY AIME,** *et al.***,**

       Defendants.

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action is before the Court on remand from the Fourth Circuit. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Court AWARDS Defendants $248,246.27 in compensatory damages for Count 1 of their counterclaims, and $5,000.00 in nominal damages for Count 2 of their counterclaims. The Court further OVERRULES Defendants' objection to this Court's Order directing return of Plaintiff s appeal bond, Doc. 161.

DATED: 11/29/2018                                       FERNANDO GALINDO, Clerk

                                                                  By      /s/
                                                                       C. Louis, Deputy Clerk